No. 91–1282. CONNECTICUT BANK & TRUST CO. ET AL. v. WILMINGTON TRUST CO. ET AL. C. A. 9th Cir. Motion of Mari-

time Law Association of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied.